
**"UNDER SEAL"**

FILED
CHARLOTTE, NC

JUN 15 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:20-CR-00385 |
| | ) |
| v. | ) UNDER SEAL |
| | ) **ORDER TO SEAL THE INDICTMENT** |
| (1) STEVEN LAMAR CLOUD, | ) |
| (2) LAQUAIL WALLACE, | ) |
| (3) AKEEM OLAJUWAN DAVIS, | ) |
| (4) JEREMY THOMAS LATHAM | ) |
| (5) MELISSA RENEE EAGLY | ) |
| (6) MAENARD BURGESS, | ) |
| (7) LATISHA ANDERSON, | ) |
| (8) JONQUILLA SANDERS, | ) |
| (9) KENNETH JEROME WATKINS | ) |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE