IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-385-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KENNETH JEROME WATKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal The Indictment" (Document No. 164) filed October 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the Government requests that the Bill of Indictment be unsealed because there no longer exists any danger to the attendant investigation in this case.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal The Indictment" (Document No. 164) is **GRANTED**.

Signed: October 26, 2021

David C. Keesler
United States Magistrate Judge