IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-385-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| KENNETH JEROME WATKINS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 273) filed by Anthony Scheer, concerning Paul Kish, on August 1, 2022. Paul Kish seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 273) is **GRANTED**. Paul Kish is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 1, 2022

David C. Keesler
United States Magistrate Judge